ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| BAE Systems Land & Armaments L.P. | ) ASBCA Nos. 62703, 62704 |
| | ) |
| Under Contract No. W56HZV-05-G-0005 | ) |

APPEARANCES FOR THE APPELLANT:  David Z. Bodenheimer, Esq.
Andy Liu, Esq.
Haaleh Katouzin, Esq.
  Nichols Liu LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
  Army Chief Trial Attorney
Robert B. Neill, Esq.
MAJ Weston E. Borkenhagen, JA
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  September 28, 2022

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62703, 62704, Appeals of BAE Systems Land & Armaments L.P., rendered in conformance with the Board's Charter.

Dated:  September 29, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2